IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HEIDI CRAMER, | ) | CASE NO. 2:22-CV-03800 |
| | ) | |
| Plaintiff, | ) | JUDGE MICHAEL H. WATSON |
| | ) | |
| v. | ) | MAGISTRATE JUDGE ELIZABETH P. |
| | ) | DEAVERS |
| T-MOBILE USA, INC., | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| Defendant. | ) | |

Plaintiff Heidi Cramer and Defendant T-Mobile USA, Inc., by their undersigned counsel, hereby advise the Court that they have stipulated that this matter shall be dismissed *with prejudice* pursuant to Fed. R. Civ. P. 41(a), each party to assume its own costs and attorney's fees.

Respectfully submitted,

*/s/ Christopher J. Lalak (per email consent 12/14/23)*
Christopher J. Lalak (0090079)
1991 Crocker Rd.
Suite 600-748
Westlake, OH 44145
(440) 892-3380 / Fax (440) 892-3396
clalak@employmentlawohio.com

*Attorney for Heidi Cramer*

*/s/ Tracey L. Turnbull*
Tracey L. Turnbull, Trial Attorney (0066958)
Porter, Wright, Morris & Arthur LLP
950 Main Avenue, Suite 500
Cleveland, Ohio 44113-2706
(216) 443-9000 / Fax: (216) 443-9011
tturnbull@porterwright.com

Sarah K. Squillante (0096705)
Porter, Wright, Morris & Arthur LLP
41 South High Street, Suite 3100
Columbus, Ohio 43215-6194
(614) 227-2000 / Fax: (614) 227-2100
ssquillante@porterwright.com

*Attorneys for Defendant T-Mobile USA, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Stipulation of Dismissal With Prejudice* has been filed electronically on this 14th day of December, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Tracey L. Turnbull*
One of the Attorneys for Defendant T-Mobile USA, Inc.

23424740v1

2